IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01385-BNB

ERNIE CALBART,

Plaintiff,

v.

[NO NAMED DEFENDANTS],

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 5 2010

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

---

Plaintiff, Ernie Calbart, is detained in the Denver County Jail. He initiated this action by filing a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on June 10, 2010. He filed a Complaint on June 15, 2010 asserting a cause of action under 42 U.S.C. § 1983. Mr. Calbart filed an amended complaint on June 21, 2010. Mr. Calbart's Request to Amend (Doc. No. 10), filed July 27, 2010, is pending. Mr. Calbart has been granted leave to proceed *in forma pauperis* and has paid an initial partial filing fee. The Court will construe the amended complaint liberally because Plaintiff is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as an advocate for *pro se* litigants. *See Hall*, 935 F.2d at 1110.

The Court has reviewed the amended complaint and has determined that it is deficient. First, Mr. Calbart has not named any defendants in the case caption. Further, Plaintiff has not completed the following sections of the Complaint: A. Parties; B. Jurisdiction; E. Previous Lawsuits; F. Administrative Relief; and, G. Request for

Relief. Finally, Mr. Calbart has not signed the Complaint. Plaintiff is reminded that an amended complaint supersedes the original complaint "and renders it of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir.1991) (internal quotation marks omitted); *see also Miller v. Glanz*, 948 F.2d 1562,1565 (10th Cir. 1991); 6 C. Wright, A. Miller & M. Kane, **Fed. Practice and Procedure** § 1476 (1990). The Court does not construe the original Complaint and the Amended Complaint together. Accordingly, Plaintiff will be ordered to file a Second Amended Complaint.

The Second Amended Complaint must be submitted on the Court-approved form and all sections must be completed by the Plaintiff. Mr. Calbart is reminded that he must provide a short and plain statement of the basis for the Court's jurisdiction and of his claims so that the Court and the defendants understand what he is claiming in this action and are able to respond to those claims. *See Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007) ("[C]omplaint must explain what each defendant did to him . . . ; when the defendant did it; how the defendant's action harmed him . . . ; and, what specific legal right [he] believes the defendant violated."). Accordingly, it is

ORDERED that Plaintiff, Ernie Calbart, file **within thirty (30) days from the date of this order**, a second amended complaint that complies with the directives in this order. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Calbart, together with a copy of this order, two copies of the following form to be used in submitting the second amended complaint: Prisoner Complaint. It is

FURTHER ORDERED that Plaintiff's Request to Amend (Doc. No. 10) is **denied as moot**. It is

FURTHER ORDERED that, if Mr. Calbart fails to file a second amended complaint that complies with this order within the time allowed, the amended complaint and the action will be dismissed without further notice.

DATED August 5, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01385-BNB

Ernie Calbart
Prisoner No. 0000242440
Denver Sheriff Department
490 W. Colfax Ave.
Denver, CO 80204

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 8/5/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk