IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01385-BNB

ERNIE CALBART,

    Plaintiff,

v.

DENVER DEP. SHERIFF WISE,
DENVER DEP. SHERIFF ORTEGO,
LPN JANELLE,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 15 2010

GREGORY C. LANGHAM
                  CLERK

---

ORDER ALLOWING PLAINTIFF TO FILE THIRD AND FINAL AMENDED COMPLAINT

---

Plaintiff, Ernie Calbart, is detained in the Denver County Jail. He initiated this action by filing a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on June 10, 2010. He filed a Complaint on June 15, 2010 asserting a cause of action under 42 U.S.C. § 1983. Mr. Calbart filed an amended complaint on June 21, 2010. Pursuant to and in compliance with the Court's Order dated August 5, 2010, he filed a second amended complaint on August 17, 2010.

The Court construes Mr. Calbart's filings liberally because he is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as an advocate for *pro se* litigants. *See Hall*, 935 F.2d at 1110.

After Mr. Calbart filed his second amended complaint, he submitted numerous letters and other documents to the Court indicating that he intends to claim in this action that the Defendants have violated his rights under the Americans with Disabilities Act of

1990, and that Denver Sheriffs' deputies are unlawfully retaliating against him for filing this lawsuit. *See* Doc. Nos. 16, 17, 18, 19, and 20. Plaintiff is reminded that he may not amend his complaint simply by writing letters to the Court purporting to assert new claims. The Court does not construe the second amended Complaint together with Mr. Calbart's other piecemeal filings. Instead, if Mr. Calbart wants to add new claims and parties to this action, he must file a third and final amended Complaint asserting all of his claims for relief against all responsible defendants. Plaintiff is reminded again that an amended complaint supersedes the original complaint "and renders it of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir.1991) (internal quotation marks omitted); *see also Miller v. Glanz*, 948 F.2d 1562,1565 (10th Cir. 1991); 6 C. Wright, A. Miller & M. Kane, **Fed. Practice and Procedure** § 1476 (1990). Plaintiff will therefore be given an opportunity to file a Third and Final Amended Complaint.

The Third and Final Amended Complaint must be submitted on the Court-approved form and all sections must be completed by Mr. Calbart. Plaintiff is reminded that he must provide a short and plain statement of the basis for the Court's jurisdiction and of his claims so that the Court and the defendants understand what he is claiming in this action and are able to respond to those claims. *See **Nasious v. Two Unknown B.I.C.E. Agents**,* 492 F.3d 1158, 1163 (10th Cir. 2007) ("[C]omplaint must explain what each defendant did to him . . . ; when the defendant did it; how the defendant's action harmed him . . . ; and, what specific legal right [he] believes the defendant violated."). Accordingly, it is

ORDERED that Plaintiff, Ernie Calbart, may file **within thirty (30) days from the date of this order**, a Third and Final Amended complaint that complies with the directives in this order. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Calbart, together with a copy of this order, two copies of the following form to be used in submitting the second amended complaint: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Calbart fails to file a Third and Final Amended Complaint that complies with this order within the time allowed, the Court will proceed to review the merits of the second amended complaint, filed on August 17, 2010, and Doc Nos. 16, 17, 18, 19, and 20 will not be construed as part of that pleading.

DATED September 15, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01385-BNB

Ernie Calbart
Prisoner No. 0000242440
Denver Sheriff Department
490 W. Colfax Ave.
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 9/15/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk