IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01385-LTB-CBS

ERNIE LEE CALBART, SR.,
    Plaintiff,
v.

THE DENVER SHERIFF DEPARTMENT,
DEPUTY SHERIFF WISE, and
DEPUTY SHERIFF BURKE,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Mr. Calbart's request for "copies of my medical records" and "a copy of the policy for medical restriction" (filed October 19, 2010) (doc. # 27) (docketed by the Clerk of the Court as "Motion for Medical Records"). Pursuant to the Order of Reference dated October 20, 2010 (doc. # 28) and the memorandum dated October 21, 2010 (doc. # 29), this matter was referred to the Magistrate Judge. The court has reviewed Mr. Calbart's request, the entire case file, and the applicable law and is sufficiently advised in the premises.

Mr. Calbart's request seeks information that will be encompassed by the discovery process at a later stage of the case. Defendants have not yet been served with the summons and Third Amended Complaint. Defendants will be permitted time after service to answer or otherwise respond to Mr. Calbart's Third Amended Complaint. After Defendant's answer or response, the court will set a preliminary

1

scheduling conference as it deems necessary.  Mr. Calbart's request for "copies of my medical records" and "a copy of the policy for medical restriction" is properly denied at this time as premature.

Accordingly, IT IS ORDERED that Mr. Calbart's request for "copies of my medical records" and "a copy of the policy for medical restriction" (filed October 19, 2010) (doc. # 27) (docketed by the Clerk of the Court as "Motion for Medical Records") is DENIED.

DATED at Denver, Colorado, this 21st day of October, 2010.

BY THE COURT:


　　　s/Craig B. Shaffer　　　
United States Magistrate Judge