IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01385-LTB-CBS

ERNIE LEE CALBART, SR.,
    Plaintiff,
v.

THE DENVER SHERIFF DEPARTMENT,
DEPUTY SHERIFF WISE, and
DEPUTY SHERIFF BURKE,
    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 2 2010

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

Magistrate Judge Craig B. Shaffer

    This civil action is before the court for service of the Third Amended Complaint (doc. # 23). Pursuant to the Order of Reference dated October 20, 2010 (doc. # 28), this case was referred to the Magistrate Judge. On July 22, 2010, the court granted Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* doc. # 9). It is now

    ORDERED that, if appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from the Defendants. If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Third Amended Complaint (doc. # 23) and summons upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

    FURTHER ORDERED that after service of process, Defendants shall respond to the Third Amended Complaint as provided for in the Federal Rules of Civil Procedure.

Dated at Denver, Colorado this 21st day of October, 2010.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01385-LTB-CBS

Ernie Calbart, Sr
Doc No. 242440
490 W. Colfax Ave
Denver, CO 80204

US Marshal Service
Service Clerk
Service forms for: Denver Sheriff Department, Deputy Sheriff Wise, and Deputy Sheriff Burke

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the United States Marshal Service for process of service on Denver Sheriff Department, Deputy Sheriff Wise, and Deputy Sheriff Burke: AMENDED COMPLAINT FILED 09/23/10, SUMMONS, and NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on 10/22/10.

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk