IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action:** 10-cv-01385-LTB-CBS | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:** January 7, 2011 | **Courtroom Deputy:** Linda Kahoe |

ERNIE CALBART, *Pro se (via phone)*

    Plaintiff,

v.

DENVER SHERIFF DEPARTMENT, *et al.,*   Suzanne A. Fasing

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   PRELIMINARY RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:       10:04 a.m.**
Court calls case. Appearance of counsel. *Plaintiff appears pro se via phone.*

Discussion regarding Plaintiff's Motion for Preliminary Injunction, doc #[58], filed 11/29/2010. The court states that Defendants have filed a Response. Mr. Calbart states he will not file a Reply.

**ORDERED:**   The Motion for Pre Injunction, doc #[70] is **STRICKEN**.

**ORDERED:**   The Injunction Request, doc #[73] is **STRICKEN**.

Discussion regarding subpoenas.

**ORDERED:**   Defendants' Motion to Quash Two Subpoenas, doc #[76], is **GRANTED WITHOUT PREJUDICE to Plaintiff's right to serve discovery under Rule 34.**

**ORDERED:**   Deadline for Amendment of pleadings/Joinder of parties**:   FEBRUARY 28, 2011**

    Discovery Cut-off**:   MAY 31, 2011**

    Dispositive Motions deadline**:   JUNE 13, 2011**

    Parties shall designate affirmative experts **on or before APRIL 1, 2011**

    Parties shall designate rebuttal experts **on or before MAY 1, 2011**

    Parties are limited to 25 interrogatories and 25 requests for production of documents

    Interrogatories and Requests for Production of Documents must be served **no later than APRIL 28, 2011**.

Discussion regarding Defendant's grievances.  The court asks Ms. Fasing to review the grievances and to advise the court if her review shows that the Motion for Preliminary Injunction, #[58] or her Response, #[68] are moot.

HEARING CONCLUDED.
**Court in recess:**     **10:24 a.m.**
Total time in court:    00:20

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.