IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01385-LTB-CBS

ERNIE LEE CALBART, SR.,
    Plaintiff,
v.

THE DENVER SHERIFF DEPARTMENT,
DEPUTY SHERIFF WISE, and
DEPUTY SHERIFF BURKE,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on "Plaintiff's Amended Pleading and Motion to Compel Joinder of Defendants" (filed February 8, 2011) (Doc. # 102). Mr. Calbart has again submitted a new pleading without filing a motion seeking permission to amend his Third Amended Complaint. If Mr. Calbart seeks to again amend his current Third Amended Complaint, he must file with the court **a motion for leave to amend explaining why he is seeking to amend his pleading and attach a copy of the proposed amended complaint**. Further, Mr. Calbart's filing violates the court's Local Rules by combining a motion and a pleading. See D.C. COLO. LCivR 7.1 C. ("A motion shall be made in a separate paper."). Finally, Mr. Calbart lists the same three Defendants who are currently named in his Third Amended Complaint, thus vitiating the need "to compel joinder of Defendants." The court will strike Mr. Calbart's purported amended pleading that was filed without permission and in violation of the court's Local

Rules.

Accordingly, IT IS ORDERED that "Plaintiff's Amended Pleading and Motion to Compel Joinder of Defendants" (filed February 8, 2011) (Doc. # 102) is STRICKEN.

DATED at Denver, Colorado, this 9th day of February, 2011.

BY THE COURT:


    s/Craig B. Shaffer
United States Magistrate Judge