**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   10-cv-01385-LTB-CBS

ERNIE CALBART,

       Plaintiff,

v.

THE DENVER SHERIFF DEPARTMENT,
DEPUTY SHERIFF WISE,
DEPUTY SHERIFF BURKE,

       Defendants.

---

**ORDER**

---

      This case is before me on the Recommendation of the Magistrate Judge that the Plaintiff's letter requesting an injunction (filed November 29, 2010) (Doc 58) (docketed by the Clerk of the Court as a "Motion for Preliminary Injunction") be denied.  The Plaintiff has filed timely written objection to the Magistrate Judge's Recommendation (Doc 109).  I therefore review the Recommendation *de novo* in light of the file and record in this case.  On *de novo* review, I conclude that the Recommendation is correct.  Accordingly

      IT IS ORDERED that Plaintiff's letter requesting an injunction (Doc 58) (docketed by the Clerk of the Court as a "Motion for Preliminary Injunction") is DENIED.

                                      BY THE COURT:

                                      _s/Lewis T. Babcock_
                                      Lewis T. Babcock, Judge

DATED:   February 28, 2011