**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:** 10-cv-01385-LTB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** March 15, 2011 | **Courtroom Deputy:** Linda Kahoe |

ERNIE CALBART,                         *Pro se (via phone)*

    Plaintiff,

    v.

DENVER SHERIFF DEPARTMENT,         Suzanne A. Fasing

BURKE,

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in session:**     9:23 a.m.
Court calls case. Appearance of counsel. *Plaintiff appears pro se via phone.*

Discussion regarding Motion for An Order Compelling Discovery, doc #[112], filed 3/10/2011.

**ORDERED:** The Motion for An Order Compelling Discovery, doc #[112] is **DENIED**.

Discussion regarding Motion for An Order Compelling Discovery, doc #[113], filed 3/10/2011.

**ORDERED:** The Motion for An Order Compelling Discovery, doc #[113] is **DENIED.**

Discussion regarding Motion to File a Subpoena to Have Sheriff Gilmore and Sheriff Bennett Testify in Court, doc #[115], filed 3/10/2011.

**ORDERED:** The Motion to File a Subpoena to Have Sheriff Gilmore and Sheriff Bennett Testify in Court, doc #[115], is **DENIED** as premature and as seeking testimony that is not relevant to this case.

Discussion regarding a letter filed by Plaintiff, doc #[116], filed 3/11/2011.

The court advises Mr. Calbart that he should not send letters to the court and that requests must be in the form of a motion.

**ORDERED:** Plaintiff's letter, doc #[116] is **DENIED**.  Plaintiff is required to send a copy of the document from Dr. Young that refers to an email to Ms. Fasing.  Defense counsel is required to conduct further research to attempt to locate the email.

HEARING CONCLUDED.

**Court in recess:**     **9:41 a.m.**
Total time in court:    00:18

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.