IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.   10-cv-01385-LTB-CBS

ERNIE CALBART,

       Plaintiff,

v.

THE DENVER SHERIFF DEPARTMENT,
DEPUTY SHERIFF WISE,
DEPUTY SHERIFF BURKE,

       Defendants.

---

**ORDER**

---

      This case is before me on the Recommendation of the Magistrate Judge that Defendants' Motion for Summary Judgment (Doc 137) be granted and that judgment on the Third Amended Complaint be granted in favor of Defendants Denver Sheriff Department and Deputy Sheriff Wise and against Plaintiff.  The Magistrate Judge further recommends that Defendant Burke be dismissed from this action without prejudice.  Plaintiff has now filed timely written objections.

      Accordingly I have reviewed the Recommendation *de novo* in light of the file and record in this action.  I note that Plaintiff concedes that his claim under the American With Disabilities Act is moot and should be dismissed.  On *de novo* review, I conclude that the thorough and comprehensive analysis in the Recommendation is correct.

      Plaintiff has also filed his "Motion for Leave to File Amended Response to Defendants' Motion for Summary Judgment" (Doc 177).  He has also filed a "Motion to

Submit New Evidence on Review" (Doc 172) together with his affidavit and an Amended Response to Defendants' Motion for Summary judgment. The *de novo* review of the Recommendation is upon the record before the Magistrate Judge. Plaintiff is not entitled to a second bite of the apple.

    Accordingly

    IT IS ORDERED that Defendants' Motion for Summary judgment (Doc 137) is GRANTED and that judgment on the Third Amended Complaint is granted I favor of Defendants Denver Sheriff Department and Deputy Sheriff Wise and against Plaintiff.

    IT IS FURTHER ORDERED that Defendant Burke is DISMISSED from this action without prejudice.

    IT IS FURTHER ORDERED that Plaintiff's Motion to File Amended Response to Defendants' Motion for Summary Judgment (Doc 177) is DENIED.

    IT IS FURTHER ORDERED that Plaintiff's Motion to Submit New Evidence (Doc 172) is DENIED.

    IT IS FURTHER ORDERED that Plaintiff's Amended Response to Defendants' Motion for Summary Judgment (Doc 176) is STRICKEN AS UNTIMELY.

                                      BY THE COURT:

                                         s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED:   April 12, 2012